[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15181

_____

D.C. Docket No. 2:09-cv-00047-RWS-JCF

MARY BECKER,
individually and as Temporary and/or Permanent Administrator
of the Estate of Jason Hewitt Armsden,

                                        Plaintiff - Appellee,

versus

GREGORY A. NEWMAN,
CAROL DAVENPORT,
ROGER PULLIAM,
JILLIAN BAILEY,
JOE RAPER,

                                        Defendants - Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 24, 2016)

Before TJOFLAT and ROSENBAUM, Circuit Judges, and KAPLAN,[*] District Judge.

PER CURIAM:

After thorough briefing and with the benefit of oral argument, we AFFIRM the District Court's order denying summary judgment on qualified- and official-immunity grounds in *Becker v. Fannin County*, No. 2:09-cv-00047-RWS-JCF, 2014 WL 4925684 (N.D. Ga. Sept. 30, 2014).

AFFIRMED.

---

[*] Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, sitting by designation.

2